# RETURN OF SERVICE

County of SOUTHERN

**State of Florida**

Case Number: 2:23-CV-14201

Plaintiff:
DARRELL DWAYNE EVANS, AN INDIVIDUAL

vs.

Defendant:
VW CREDIT, INC., A FOREIGN FOR-PROFIT COMPANY

For:
JOSHUA FEYGIN, PLLC
1930 HARRISON ST.
STE 208F
HOLLYWOOD, FL 33020

Received by KD PROCESS on the 20th day of September, 2023 at 10:42 am to be served on VW CREDIT, INC. C/O ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY, 1201 HAYS ST., TALLAHASSEE, FL 32301.

I, Christopher Scott Kady, do hereby affirm that on the 20th day of September, 2023 at 12:10 pm, I:

served a CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE Served the within named business entity by delivering a true copy of SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT, EXHIBIT A, EXHIBIT B to: Sebrena Randolph as Service Liaison, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at 1201 Hays Street, TALLAHASSEE, FL 32301. on behalf of VW CREDIT, INC., and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 50, Sex: F, Race/Skin Color: Black, Height: 5'10", Weight: 300, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher Scott Kady
Process Server #237

KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE # 7
TALLAHASSEE, FL 32301
(850) 727-4363

Our Job Serial Number: KDY-2023045685

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| | ) |
|---|---|
| DARRELL DWAYNE EVANS, An Individual, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:23-cv-14201 |
| VW CREDIT, INC., A foreign for-profit company, | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VW CREDIT, INC.
C/o its Registered Agent,
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  SUE YOUR DEALER - A LAW FIRM
1930 Harrison Street
Suite 208 F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 20, 2023

Angela E. Noble
Clerk of Court

SUMMONS

*P. Curtis*

Deputy Clerk
U.S. District Courts

SEP 20 2023
12:10pm